## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM CRUZ, | : | **CIVIL NO: 1:20-CV-0573** |
| | : | |
| Petitioner, | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| SCI HOUTZDALE Superintendent, | : | |
| *et at.*, | : | |
| Respondents. | : | |

## ORDER
June 8, 2020

**IT IS ORDERED** that Petitioner's motion (*doc. 10*) to appoint counsel is

**DENIED** without prejudice to the court deciding whether to appoint counsel after

Respondents file a response.

> *S/Susan E. Schwab*
> Susan E. Schwab
> United States Chief Magistrate Judge