UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM CRUZ, | : | CIVIL NO: 1:20-CV-0573 |
| | : | |
| Petitioner, | : | (Judge Mannion) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| SCI HOUTZDALE, *et al.*, | : | |
| | : | |
| Respondents. | : | |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM CRUZ, | : | CIVIL NO.: 1:20-CV-01151 |
| | : | |
| Petitioner, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| WARDEN OF SCI-HOUTZDALE, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | |

## ORDER
November 18, 2021

Abraham Cruz ("Cruz"), an inmate who is confined at the SCI-Dallas, commenced a *pro se* action by filing a petition (1:20-cv-0573, *doc. 1*) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition") against the respondents, SCI-Houtzdale, Pennsylvania Attorney General Office, Superior Court/Middle,

and Adams County District Attorney's Office.  That petition is pending review.  Cruz has also filed another petition (1:20-cv-01151, *doc. 1*) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 against the respondents, Warden of SCI-Houtzdale and Pennsylvania Attorney General's Office.

Although both petitions are difficult to decipher, it appears as though they each relate to the same underlying conviction, and there is substantial overlap in Cruz's overall claims.  Accordingly, **IT IS ORDERED** that Cruz's two petitions are consolidated into one petition under docket number 1:20-CV-0573.  **IT IS FURTHER ORDERED** that Cruz shall file an amended petition for writ of habeas corpus, including all of his claims in **one petition** on or before **December 18, 2021**.  Cruz shall file his amended petition under docket number: 1:20-CV-0573.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

2